[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 24, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11353
Non-Argument Calendar

_____

D. C. Docket No. 07-00059-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC DALE ROBINSON,
a.k.a. ERIC JR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 24, 2009)

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Eric Dale Robinson in this appeal, has

moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Robinson's conviction and sentence are **AFFIRMED**.